**Order entered December 20, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00345-CR

**DEMEATRICE RENEE SHEPPARD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 071988**

## ORDER

We **REINSTATE** this appeal.

Appellant's brief is overdue. Pursuant to this Court's order, the trial court held a hearing and made findings of fact concerning appellant's brief. The trial court found appellant wished to pursue the appeal and that her counsel had not abandoned the appeal. The trial court recommended that appellant's counsel be granted an extension of time to January 21, 2023 for counsel to file appellant's

brief. Accordingly, we **ORDER** Kyle T. Therrian, retained counsel for appellant,

to file appellant's brief no later than Monday, **JANUARY 23, 2023**.

/s/    DENNISE GARCIA
        JUSTICE